MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*U.S. v. ROSE MARIE JACKSON*

Case No. 3:13-cr-00090 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No.60), in conjunction with the parties' Objections and Responses (Docket Nos. 68 & 75), and the Magistrate's Final Report and Recommendation, (Docket 76), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motions to Suppress, (Docket 27,28 & 29), are DENIED.

The Status hearing previously set for 2/21/14 at 1:00 pm is VACATED.
The Final pretrial Conference previously set for 3/3/14 at 8:30 am is VACATED and RESET for 3/14/14 at 2:30pm. The Trial previously set for 3/3/14 at 9:00 am is VACATED and RESET for 3/17/14 at 9:00 am in Courtroom 1 before Judge Timothy M. Burgess. Motions in limine are due by 3/3/14 and responses due by 3/6/14.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: February 21, 2014